IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KAREN CLARK,

        Plaintiff,                  1:21cv0134
                                          LEAD CASE

          v.

THE ERGO BABY CARRIER, INC,

_____Defendant._____

KAREN CLARK,

        Plaintiff,                  1:21cv0135
                                          MEMBER CASE

          v.

MAISONETTE, INC.,

_____Defendant._____

KAREN CLARK, FREDERICKA NELLON,

        Plaintiffs,               1:21cv0140
                                          MEMBER CASE

          v.

BABY TREND, INC.,

_____Defendant._____

KAREN CLARK,

                 Plaintiff,                         1:21cv0142
                                                  MEMBER CASE

           v.

MANNA ORGANICS, LLC

                 Defendant.

_____

KAREN CLARK,

                 Plaintiff,                         1:21cv0143
                                                  MEMBER CASE

           v.

UDISENSE INC. *doing business as* NANIT

                 Defendant.

_____

KAREN CLARK,

                 Plaintiff,                         1:21cv0144
                                                  MEMBER CASE

           v.

BOKKSU, INC.

                 Defendant.

_____

KAREN CLARK, SOFIA MONTANO,

                 Plaintiffs,                      1:21cv0146
                                                  MEMBER CASE

           v.

NUNA BABY ESSENTIALS, INC.
                 Defendant.
_____

KAREN CLARK,

        Plaintiff,                          1:21cv0147
                                              MEMBER CASE

            v.

ANGELIC BAKEHOUSE, INC.,

        Defendant.

---

JARED CHARLAP,

        Plaintiff,                          21cv0647
                                              MEMBER CASE

            v.

J & J SNACK FOODS CORP.,

        Defendant.

---

JARED CHARLAP,
ANTOINETTE SUCHENKO,

                                     21cv0648
        Plaintiffs,                       MEMBER CASE

            v.

TILLAMOOK COUNTRY SMOKER, LLC,

        Defendant.

---

JARED CHARLAP,

        Plaintiffs,                       21cv0663
                                              MEMBER CASE

            v.

HAPPY HOWIE'S INC.,

        Defendant.

JARED CHARLAP,

                Plaintiffs,                21cv0664
                                                            MEMBER CASE

                        v.

HOUSE OF JERKY, INC.,

                Defendant.
_____

JARED CHARLAP,

                Plaintiffs,                21cv0665
                                                            MEMBER CASE

                        v.

S&E GOURMET CUTS INC.
*doing business as*
COUNTRY ARCHER,

                Defendant.
_____

JARED CHARLAP,

                Plaintiffs,                21cv0678
                                                            MEMBER CASE

                        v.

SALT & STRAW, INC.,

                Defendant.
_____

JARED CHARLAP,

     Plaintiffs,

                         21cv0681

          v.                  MEMBER CASE

DOUBLE 8 CATTLE COMPANY, LLC

     Defendant.


## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.     Civil Action Nos. 1:21-cv-135; 1:21-cv-140; 1:21-cv-142; 1:21-cv-143; 1:21-cv-144; 1:21-cv-146; 1:21-cv-147; 2:21-cv-647; 2:21-cv-648; 2:21-cv-663; 2:21-cv-664; 2:21-cv-665; 2:21-cv-678; and 2:21-cv-681 are hereby consolidated with **Civil Action No. 1:21-cv-134**, the lead case as captioned above.

2.     All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:21-cv-134**.

3.     The Clerk of Court shall **close** Civil Action Nos. 1:21-cv-135; 1:21-cv-140; 1:21-cv-142; 1:21-cv-143; 1:21-cv-144; 1:21-cv-146; 1:21-cv-147; 2:21-cv-647; 2:21-cv-648; 2:21-cv-663; 2:21-cv-664; 2:21-cv-665; 2:21-cv-678; and 2:21-cv-681.


                       **SO ORDERED** this 27th day of May, 2021.

                       s/Arthur J. Schwab
                       Arthur J. Schwab
                       United States District Judge